JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMUEL ANDREW MATHIS, AS TRUSTEE OF THE MATHIS LIVING TRUST; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. CV 25-8098-DMG (Ex)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [23]** |

　　　　On December 29, 2025, the parties filed a Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. # 23.] Good cause appearing, the Court hereby **APPROVES** the Stipulation and **DISMISSES** the above-entitled action, in its entirety, **with prejudice**. Each party shall bear its own attorneys' fees and costs. All dates and deadlines set in this matter are **VACATED**.

　　　　**IT IS SO ORDERED.**

DATED: December 30, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

1